IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID N. KAPLAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01419 (GK) |
| ) | |
| CARLOS M. GUTIERREZ, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

**COMES NOW** Jamie D. Underwood of Steptoe & Johnson LLP to notice her entry of appearance as counsel of record in this action for Plaintiff David N. Kaplan. The undersigned was admitted to the bar of this Court on August 1, 2005. Susan E. Huhta continues to serve as counsel for Plaintiff.

September 8, 2005

Jamie D. Underwood
DC Bar No. 471614
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
202.429.3000
COUNSEL FOR DAVID N. KAPLAN

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing Entry of Appearance for Jamie D. Underwood were filed and served upon the following on September 8, 2005, as indicated below:

| | |
|---|---|
| Nancy Mayer-Whittington<br>Clerk of Court<br>United States District Court for the District of Columbia<br>333 Constitution Avenue, NW<br>Washington, DC  20001 | **(One (1) copy by ECF)** |

**Defendants**

| | |
|---|---|
| Carlos M. Gutierrez<br>Secretary<br>United States Department of Commerce<br>Room 5516<br>14th and Constitution Avenue, NW<br>Washington, DC 20230 | **(One (1) copy by hand)** |
| Alberto Gonzales, Esq.<br>United States Attorney General<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | **(One (1) copy by hand)** |
| Kenneth L. Wainstein, Esq.<br>United States Attorney for the District of Columbia<br>United States Attorney's Office<br>555 4th Street, NW<br>Washington, DC 20530 | **(One (1) copy by hand)** |

_____
James J. Walsh
Paralegal
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036

- 1 -