UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID N. KAPLAN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARLOS M. GUTIERREZ, Secretary, )<br> United States Department of Commerce, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1419(GK) |

**DEFENDANT'S UNOPPOSED, FIRST MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, Carlos M. Gutierrez, Secretary, United States Department of Commerce, by and through his undersigned attorneys, respectfully moves for an extension up to and including September 30, 2005 to answer, move or otherwise respond to Plaintiff's Complaint. The current deadline is Tuesday, September 20, 2005. No previous extensions have been sought by or granted to Defendant for this purpose. Pursuant to Local Rule 7(m), Defendant's counsel contacted Plaintiff's counsel who graciously does not oppose this motion. In support of the motion, Defendant states the following.

Because of other work-related demands including filing a motion for summary judgment and preparing for depositions in two separate Title VII cases, Defendant's counsel does not anticipate being able to coordinate with the Agency to draft an appropriate response to Plaintiff's Complaint (at this time, anticipated to be an answer) in

Case 1:05-cv-01419-GK   Document 3   Filed 09/16/2005   Page 2 of 2

time for filing with the Court by the current deadline. Accordingly, Defendant respectfully requests an extension up to and including September 30, 2005 to answer, move or otherwise respond to Plaintiff's Complaint.

A proposed Order consistent with the relief requested herein is attached hereto.

Respectfully Submitted,

/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/ R. Craig Lawrence /bmr
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
Ph: (202) 307-0492