UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID N. KAPLAN,                    )<br>                                              )<br>         Plaintiff                            )<br>                                              )     Civil Action No. 05-1419(GK)<br>     v.                                     )<br>                                              )<br>CARLOS M. GUTIERREZ, Secretary, )<br>  United States Department of Commerce, )<br>                                              )<br>         Defendant.                       )<br>                                              ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, Carlos M. Gutierrez, Secretary, United States Department of Commerce, by and through his undersigned attorneys, respectfully moves for an enlargement of time up to and including October 14, 2005 to answer, move or otherwise respond to plaintiff's complaint. The current deadline is today, September 30, 2005. One previous extension has been granted to Defendant for this purpose. Pursuant to Local Rule 7(m), Defendant's counsel contacted Plaintiff's counsel but was unable to reach her. Accordingly, defendant is unable to present plaintiff's position on this non-dispositive motion. In support of the motion, defendant states the following.

The undersigned counsel assigned this matter and the agency representative have discussed a proposed Answer, but after further consideration, the undersigned counsel believes that additional follow-up within the Agency is required before filing defendant's

response with this Court. Additionally, the undersigned counsel has a number of work-related demands over the next week, including motions due in two separate Title VII cases, a motion for summary affirmance for filing with the District of Columbia Circuit and depositions in a Title VII case. Accordingly, for this reason as well, defendant respectfully requests an extension up to and including October 14, 2005 to answer, move or otherwise respond to plaintiff's complaint.

A proposed Order consistent with the relief requested herein is attached hereto.

Respectfully Submitted,

/s/ Kenneth L. Wainstein /mj
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/ R. Craig Lawrence /mj
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
United States Attorney's Office for the
 District of Columbia, Civil Division
555 4th Street, N.W., Suite E-4915
Washington, D.C. 20530
Ph: (202) 307-0492