UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID N. KAPLAN, )<br>)<br>    Plaintiff )<br>) | Civil Action No. 05-1419(GK) |
|     v. )<br>)<br>CARLOS M. GUTIERREZ, Secretary, )<br> United States Department of Commerce, )<br>)<br>    Defendant. )<br>) | |

**ORDER**

UPON CONSIDERATION of ***Defendant's Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint,*** and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including October 14, 2005 to file his response to Plaintiff's Complaint.

SO ORDERED.

_____          _____
DATE                                 UNITED STATES DISTRICT COURT JUDGE

<u>Copies of this order to</u>:
Thomas M. Contois, Esq.
Jamie D. Underwood, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036

Susan E. Huhta, Esq.
Washington Lawyers' Committee for
 Civil Rights and Urban Affairs
1300 19th Street, N.W., Suite 500
Washington, D.C.  20036

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C.  20530