UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID N. KAPLAN,                          )<br>                                                        )<br>         Plaintiff                                )<br>                                                        )  Civil Action No. 05-1419(GK)<br>   v.                                                )<br>                                                        )<br>CARLOS M. GUTIERREZ, Secretary,  )<br>   United States Department of Commerce, )<br>                                                        )<br>         Defendant.                            )<br>                                                        ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, Carlos M. Gutierrez, Secretary, United States Department of Commerce, by and through his undersigned attorneys, respectfully moves for an extension of time up to and including Wednesday, November 14, 2005 to answer, move or otherwise respond to plaintiff's Complaint. The current deadline is today, Friday, October 14, 2005. Pursuant to Local Rule 7(m), defendant's counsel contacted plaintiff's counsel about this non-dispositive motion and was informed that plaintiff does not oppose the thirty day extension requested herein. In support of the motion, defendant states the following.

The parties have discussed the possibility of pre-discovery settlement, and plaintiff has indicated that he will provide a settlement proposal next week for defendant's consideration. Defendant is prepared to respond immediately to any settlement proposal, and indeed, if plaintiff does not provide his initial proposal by next week, defendant is

additionally prepared to initiate settlement by making an offer by the end of next week. Accordingly, since both parties have expressed a commitment to engage in informal, pre-discovery settlement discussions, defendant respectfully requests an extension up to and including November 14, 2005 to answer, move or otherwise respond to the Complaint. The extension will provide the parties a period to focus their efforts on resolving this suit amicably and without incurring additional (and perhaps unnecessary) litigation costs.

A proposed Order consistent with the relief requested herein is attached hereto.

Respectfully Submitted,

/s/ Kenneth L. Wainstein /dvh
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/ R. Craig Lawrence
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
Ph:  (202) 307-0492