IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**DAVID N. KAPLAN,**                    )
                                        )
       **Plaintiff,**   )
                                        )
v.                                      )    Civil Action No. 1:05CV01419 (GK)
                                        )
**CARLOS M. GUTIERREZ,**                )
                                        )
       **Defendant.**   )
_____)

## PROOF OF SERVICE

    I, Jamie D. Underwood, declare as follows:

    1.    I am making this declaration pursuant to 28 U.S.C. § 1746.

    2.    I am an Associate at Steptoe & Johnson, LLP and, along with Thomas M. Contois and Susan E. Huhta, represent Plaintiff David N. Kaplan in the above-captioned matter.

    3.    I certify that service of the complaint and summons in the above-captioned matter was effected on the following party on July 22, 2005 by certified mail, return receipt requested:

- Carlos M. Gutierrez
  Secretary
  United States Department of Commerce
  Room 5516
  14th Street and Constitution Avenue, NW
  Washington, DC 20230

    4.    Attachment A to this Proof of Service is a true and correct copy of the original certified mail receipt and return receipt for the party listed above.

    I hereby declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

                Respectfully submitted,

                  /s/ Jamie D. Underwood

Jamie D. Underwood
DC Bar No. 471614
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
202.429.3000

Executed this 18th day of October, 2005.

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that copies of the foregoing Proof of Service were filed and served upon the following parties on October 18, 2005 as indicated below:

| | |
|---|---|
| Nancy Mayer-Whittington<br>Clerk of Court<br>United States District Court for the District of Columbia<br>333 Constitution Avenue, NW<br>Washington, DC 20001 | **(Electronic copy - filed via ECF)** |
| Carlos M. Gutierrez<br>Secretary<br>United States Department of Commerce<br>Room 5516<br>14th Street and Constitution Avenue, NW<br>Washington, DC 20230 | **(One (1) copy - by hand)** |
| Alberto Gonzales<br>United States Attorney General<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | **(One (1) copy - by hand)** |
| Kenneth L. Wainstein<br>United States Attorney for the District of Columbia<br>United States Attorney's Office<br>555 4th Street, NW<br>Washington, DC 20530 | **(One (1) copy - by hand)** |
| Beverly Marie Russell<br>United States Attorney's Office<br>555 4th Street, NW<br>4th Floor<br>Washington, DC 20530 | **(One (1) copy - by hand)** |

                                                        /s/ Jamie D. Underwood

Jamie D. Underwood
DC Bar No. 471614
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
202.429.3000