# ATTACHMENT A

# Proof of Service for Department of Commerce

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20230  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.06 | |
| Certified Fee | $2.30 | 0281 |
| Return Receipt Fee (Endorsement Required) | $1.75 | 13 Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.11 | 07/18/2005 |

7005 0390 0005 6359 2831

Sent To: CARLOS M. GUTIERREZ, SECRETARY
Street, Apt. No.; or PO Box No.: DEPT. OF COMMERCE Room 5516
City, State, ZIP+4: 14TH & CONSTITUTION AVE NW WASHINGTON DC 20230

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CARLOS M. GUTIERREZ
   SECRETARY
   DEPARTMENT OF COMMERCE
   Room 5516
   14TH AND CONSTITUTION AVE, NW
   WASHINGTON DC 20230

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Mary Michau_     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 7/22/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540