# ATTACHMENT A

# Proof of Service for United States Attorney's Office

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE
WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $1.06 | |
| Certified Fee | $2.30 | 0281 13 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.75 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.11 | 07/18/2005 |

Sent To: KENNETH L. WAINSTEIN
US ATTORNEY FOR DC
Street, Apt. No.; or PO Box No. US ATTORNEY OFFICE
555 4TH STREET, NW
City, State, ZIP+4 WASHINGTON DC 20530

PS Form 3800, June 2002     See Reverse for Instructions

7005 0390 0005 6359 2817

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KENNETH L. WAINSTEIN
US ATTORNEY FOR THE DISTRICT
OF COLUMBIA
US ATTORNEY'S OFFICE
555 4TH STREET, NW
WASHINGTON DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                    JUL 2005

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 0390 0005 6359 2817

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540