# ATTACHMENT A

# Proof of Service for United States Attorney General

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $ $1.06 | |
| Certified Fee | $2.30 | 0281 |
| Return Receipt Fee (Endorsement Required) | $1.75 | 13    Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.11 | 07/18/2005 |

7005 0390 0005 6359 2824

Sent To *Alberto Gonzales*

Street, Apt No.; or PO Box No. *950 Pa. Ave., N.W.*

City, State, ZIP+4 *Wash., DC 20530*

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALBERTO GONZALES
U.S. ATTORNEY GENERAL
US. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 0390 0005 6359 2824

PS Form 3811, February 2004    Domestic Return Receipt    102595-02