IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID N. KAPLAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01419 (GK) |
| ) | |
| CARLOS M. GUTIERREZ, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

**COMES NOW** Sean C. Griffin of Steptoe & Johnson LLP, attorney of record for Plaintiff David N. Kaplan, to notice his withdrawal of appearance as counsel in this action. Jamie D. Underwood of the same firm, admitted to practice before this Court on August 1, 2005, has under a separate filing entered her appearance as counsel of record for Plaintiff, and Thomas M. Contois of Steptoe & Johnson LLP and Susan E. Huhta of the Washington Lawyers' Committee for Civil Rights and Urban Affairs continue to serve as counsel for Plaintiff.

/s/ Sean C. Griffin

Sean C. Griffin
DC Bar No. 442284
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
202.429.3000

October 18, 2005                                                        COUNSEL FOR DAVID N. KAPLAN