UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID N. KAPLAN, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>CARLOS M. GUTIERREZ, Secretary, )<br>  United States Department of Commerce, )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No. 05-1419(GK) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, Carlos M. Gutierrez, Secretary, United States Department of Commerce, by and through his undersigned attorneys, respectfully moves for an extension of time up to and including Monday, November 21, 2005 to answer, move or otherwise respond to plaintiff's Complaint. The current deadline is today, Monday, November 14, 2005. Pursuant to Local Rule 7(m), defendant's counsel contacted plaintiff's counsel about this non-dispositive motion and was informed that plaintiff opposes the extension requested herein. In support of the motion, defendant states the following.

The parties have exchanged initial settlement proposals, and defendant has proposed that the parties meet this week or next to determine whether this case might be resolved. Given the time period taken with exchanging the initial offers, defendant's position is that a face-to-face meeting might be more cost-effective both in terms of time and money in moving the parties to pre-discovery resolution of this case, if that is possible. The parties should have a better indication as to the likelihood of settling this matter hopefully within the next week.

Regardless, the undersigned attorney has completed a revised draft of the Answer in this matter, but the draft must be reviewed by an agency official who is not available today. Accordingly, for this reason and to allow another brief period to further explore settlement, defendant is seeking an extension up to and including November 21, 2005 to answer, move or otherwise respond to plaintiff's Complaint.

A proposed Order consistent with the relief requested herein is attached hereto.

Respectfully Submitted,

/s/ Kenneth L. Wainstein /mj
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/ R. Craig Lawrence
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of Defendant's <u>Opposed Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof</u> was made by the Court's Electronic Case Filing System this <u>14th</u> day of November, 2005 to:

Jamie D. Underwood
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
Email: junderwo@steptoe.com

Susan E. Huhta
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, NW, Suite 400
Washington, D.C.  20036
Email: sue_huhta@washlaw.org

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney