UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID N. KAPLAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 05-1419(GK) |
| v. | ) | |
| | ) | |
| CARLOS M. GUTIERREZ, Secretary, | ) | |
| United States Department of Commerce, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, Carlos

M. Gutierrez, Secretary, United States Department of Commerce, by and through his

undersigned attorneys, respectfully moves for an extension of time up to and including

Friday, December 2, 2005 to answer, move or otherwise respond to plaintiff's Complaint.

The current deadline is today, Monday, November 21, 2005.  Pursuant to Local Rule

7(m), defendant's counsel initially raised the possibility of seeking an extension to answer

with plaintiff's attorneys at a November 17 meeting at which the parties discussed

settlement possibilities.   At the meeting, plaintiff's attorneys stated that they would have

to follow-up with their client on his position regarding any further extensions.

Defendant's counsel subsequently contacted plaintiff's counsel about this non-dispositive

motion, today, November 21, but was unable to reach her.  Accordingly, defendant is

unable to present plaintiff's position on this non-dispositive motion.  However, defendant

notes that plaintiff opposed the previous requested extension.  In support of the motion, defendant states the following.

As mentioned above, the parties' representatives met on Thursday, November 17 to discuss initial settlement proposals and possible alternatives to those proposals.  The parties' representatives committed to following up with their clients.  To allow a period for such follow-up and an opportunity to definitively assess whether there is a possibility of pre-discovery disposition of this case, defendant is requesting an extension up to and including December 2, 2005  to answer, move or otherwise respond to plaintiff's complaint.

A proposed Order consistent with the relief requested herein is attached hereto.

Respectfully Submitted,


/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney



/s/ R. Craig Lawrence /bmr
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

2

/s/ Beverly M. Russell

_____

BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of Defendant's Motion for Enlargement of Time was

made by the Court's Electronic Case Filing System this 21st day of November, 2005 to:

Jamie D. Underwood
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
Email: junderwo@steptoe.com

Susan E. Huhta
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, NW, Suite 400
Washington, D.C.  20036
Email: sue_huhta@washlaw.org


/s/ Beverly M. Russell
_____

BEVERLY M. RUSSELL
Assistant United States Attorney