UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID N. KAPLAN, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CARLOS M. GUTIERREZ, Secretary, ) <br> United States Department of Commerce, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-1419(GK) |

**ORDER**

UPON CONSIDERATION of *Defendant's Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof*, and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including December 2, 2005 to answer, move or otherwise respond to Plaintiff's complaint.

SO ORDERED.

_____          _____
DATE                                                          UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Jamie D. Underwood
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036

Susan E. Huhta
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, NW, Suite 400
Washington, D.C.  20036

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C.  20530