UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID N. KAPLAN, | ) |
| | ) |
|    Plaintiff | ) |
| | ) |
|    v. | ) Civil Action No. 05-1419(GK) |
| | ) |
| CARLOS M. GUTIERREZ, | ) |
| Secretary, | ) |
| United States Department of Commerce, | ) |
| | ) |
|    Defendant. | ) |
| _____ | ) |

ORDER

UPON CONSIDERATION of the <u>Parties' Report Pursuant to Local Rule 16.3</u> and the entire record herein, it is this ____ day of _____, 200___, hereby

ORDERED that the parties shall abide by the deadlines set forth below:

| | |
|---|---|
| Initial Disclosures | Due Within 30 Days After the Initial Scheduling Conference |
| Discovery | Concludes 210 Days After the Initial Scheduling Conference |
| Proponent's Statement Pursuant to Fed. R.Civ. P. 26(a)(2) | Shall be designated no later than 150 days from commencement of discovery |
| Opponent's Statement Pursuant to Fed.R.Civ.P. 26(a)(2) | Shall be designated no later 180 days from commencement of discovery |
| Post-Discovery Dispositive Motions | If appropriate, shall be filed within 45 days from the close of discovery |
| Opposition Memoranda | If appropriate, shall be filed within 75 days of the close of discovery |
| Reply Briefs | If appropriate, shall be filed within 90 days of the close of discovery |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

copies to:
Thomas M. Contois
Jamie D. Underwood
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036

Susan E. Huhta
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, NW, Suite 400
Washington, D.C. 20036

Beverly M. Russell
United States Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Suite E-5915
Washington, D.C. 20530