IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID N. KAPLAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:05CV01419 (GK) |
| CARLOS M. GUTIERREZ, | ) |
| Defendant. | ) |

## DEMAND FOR JURY TRIAL

Plaintiff David N. Kaplan demands a trial by jury.

Respectfully submitted,

/s/ Jamie D. Underwood

Thomas M. Contois
DC Bar No. 464358
Jamie D. Underwood
DC Bar No. 471614
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
202.429.3000

Susan E. Huhta
DC Bar No. 453478
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, NW, Suite 400
Washington, DC  20036
202.319.1000

COUNSEL FOR PLAINTIIFF
DAVID N. KAPLAN

December 21, 2005

- 2 -

**CERTIFICATE OF SERVICE**

 I hereby certify that service of the Plaintiff's Demand for Jury Trial was made by the Court's Electronic Case Filing System this 21st day of December 2005 to:

Beverly M. Russell
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
Civil Rights Division
555 Fourth Street, NW, Suite E-4915
Washington, DC 20530
Email: beverly.russell@usdoj.gov

            /s/ Jamie D. Underwood

            Jamie D. Underwood
            DC Bar No. 471614
            STEPTOE & JOHNSON LLP
            1330 Connecticut Avenue, NW
            Washington, DC  20036
            202.429.3000

            COUNSEL FOR PLAINTIFF
            DAVID N. KAPLAN