IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**DAVID N. KAPLAN,**                )
                                    )
       **Plaintiff,**           )
                                    )
  **v.**                          )   **Civil Action No. 1:05CV01419 (GK/JMF)**
                                    )
**CARLOS M. GUTIERREZ,**            )
                                    )
       **Defendant.**           )
_____)

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

    Plaintiff David N. Kaplan moves to amend the Complaint in this matter.  Plaintiff is an individual with a disability and alleges that he was illegally discriminated against by the Department of Commerce, in that his employment there was terminated because of his disability.  He seeks to amend the Complaint for the limited purpose of specifying that reinstatement is one of the forms of relief that he seeks.

    There will be no prejudice to the Defendant as a result of allowing this amendment to the Complaint.  The Complaint was filed on July 18, 2005, and the Defendant filed an Answer on December 2, 2005.  The parties have not yet exchanged their Initial Disclosures, nor has any discovery been sought.

    Counsel for Defendant has indicated that the Defendant does not oppose this motion.

- 2 -

An original of the proposed Amended Complaint is attached hereto at Exhibit A.

                Respectfully submitted,

                /s/ Jamie D. Underwood

                Thomas M. Contois
                DC Bar No. 464358
                Jamie D. Underwood
                DC Bar No. 471614
                STEPTOE & JOHNSON LLP
                1330 Connecticut Avenue, NW
                Washington, DC  20036
                202.429.3000

                Susan E. Huhta
                DC Bar No. 453478
                WASHINGTON LAWYERS' COMMITTEE
                FOR CIVIL RIGHTS AND URBAN AFFAIRS
                11 Dupont Circle, NW, Suite 400
                Washington, DC  20036
                202.319.1000

                COUNSEL FOR COMPLAINANT
                DAVID N. KAPLAN

January 24, 2006