# PROPOSED ORDER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID N. KAPLAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01419 (GK/JMF) |
| ) | |
| CARLOS M. GUTIERREZ, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO AMEND COMPLAINT**

Upon consideration of Plaintiff's Unopposed Motion for Leave to Amend the Complaint, it is hereby

ORDERED that the Plaintiff's motion is granted.

_____
Gladys Kessler
United States District Court Judge

January __, 2006