**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| **DAVID N. KAPLAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:05CV01419 (GK/JMF)** |
| | ) | |
| **CARLOS M. GUTIERREZ,** | ) | **Next Scheduled Court Date:** |
| | ) | **06/14/06** |
| **Defendant.** | ) | **(Status Conference)** |

_____

**PLAINTIFF'S UNOPPOSED MOTION TO CORRECT TYPOGRAPHICAL ERROR
IN SCHEDULING ORDER**

Plaintiff, David N. Kaplan, respectfully moves to correct a typographical error in the Court's Scheduling Order, dated December 22, 2005. Pursuant to previous discussions with counsel for Defendant – the most recent of which taking place on March 24, 2006, counsel for Plaintiff represents that Defendant does not oppose this motion.

The Scheduling Order indicates that all discovery in the above-captioned case closes on May 15, 2006. For the reasons stated in the attached Points & Authorities, counsel for both Plaintiff and Defendant believe that the Court intended for the discovery cut-off date to be June 15, 2006 and thus request that the deadline be changed accordingly.

Respectfully submitted,

/s/ Jamie D. Underwood_____

Thomas M. Contois
DC Bar No. 464358
Jamie D. Underwood
DC Bar No. 471614
STEPTOE & JOHNSON LLP

1330 Connecticut Avenue, NW
Washington, DC  20036
202.429.3000

Susan E. Huhta
DC Bar No. 453478
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, NW, Suite 400
Washington, DC  20036
202.319.1000

COUNSEL FOR PLAINTIFF
March 27, 2006                          DAVID N. KAPLAN

**CERTIFICATE OF SERVICE**

I hereby certify that service of the Plaintiff's Unopposed Motion to Correct Typographical Error in Scheduling Order was made by the Court's Electronic Case Filing System this 27th day of March 2006 to:

Beverly M. Russell
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
Civil Rights Division
555 Fourth Street, NW, Suite E-4915
Washington, DC 20530
Email: beverly.russell@usdoj.gov

/s/ Jamie D. Underwood

Jamie D. Underwood
DC Bar No. 471614
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
202.429.3000

COUNSEL FOR PLAINTIFF
DAVID N. KAPLAN

- 3 -