IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DAVID N. KAPLAN,                    )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   Civil Action No. 1:05CV01419 (GK/JMF)
                                    )
CARLOS M. GUTIERREZ,                )   Next Scheduled Court Deadline:
                                    )   04/01/06
            Defendant.              )   (Plaintiff's Rule 26(a)(2) Statements Due)
_____ )

**STATEMENT OF POINTS & AUTHORITIES IN SUPPORT OF
PLAINTIFF'S UNOPPOSED MOTION TO CORRECT TYPOGRAPHICAL ERROR
IN SCHEDULING ORDER**

Plaintiff, David N. Kaplan, respectfully submits this Statement of Points & Authorities in support of the attached motion to correct a typographical error in the Court's Scheduling Order, dated December 22, 2005.

**BACKGROUND**

The parties met with the Court for an initial Scheduling Conference on December 22, 2005. At the conclusion of the hearing, the Court advised counsel of the various dates of concern that would govern the case. Later that same day, the Court memorialized these dates in a Scheduling Order. Subsequent to the issuance of the order, counsel noticed a discrepancy between the date for the close of discovery that the Court set forth at the hearing versus the date for this cut-off that was listed in the Scheduling Order. The undersigned contacted the Court's chambers to seek guidance as to how it wished to deal with this issue. Pursuant to this consultation, Plaintiff files the attached motion.

**ARGUMENT**

The December 22, 2005 Scheduling Order indicates that all discovery in the above-captioned case closes on May 15, 2006.  After conferring with opposing counsel on multiple occasions, the undersigned represents to the Court that the notations that both parties took during the Scheduling Conference reflect that the Court set the deadline for the close of discovery for June 15, 2006.  Further, the Court's summary entry of the Scheduling Order that was electronically filed also specifies that the Court designated June 15, 2006 as the discovery cut-off in this matter.  See Ex. A.

**CONCLUSION**

For the reasons set forth above, Plaintiff asks that the Court grant the attached unopposed motion to correct a typographical error in the Scheduling Order.  Plaintiff further asks that the Court issue an amended Scheduling Order that changes the date for the close of discovery in this matter from May 15, 2006 to June 15, 2006.

Respectfully submitted,

/s/ Jamie D. Underwood

Thomas M. Contois
DC Bar No. 464358
Jamie D. Underwood
DC Bar No. 471614
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
202.429.3000

Susan E. Huhta
DC Bar No. 453478
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS

- 3 -

                                          11 Dupont Circle, NW, Suite 400  
                                          Washington, DC  20036  
                                          202.319.1000

                                          COUNSEL FOR PLAINTIFF  
March 27, 2006                        DAVID N. KAPLAN