# EXHIBIT A

**Underwood, Jamie**

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Thursday, December 22, 2005 10:54 AM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:05-cv-01419-GK KAPLAN v. GUTIERREZ "Scheduling Order" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from CS, entered on 12/22/2005 at 10:54 AM EDT and filed on 12/22/2005
**Case Name:**       KAPLAN v. GUTIERREZ
**Case Number:**     1:05-cv-1419
**Filer:**
**Document Number:** 17

**Docket Text:**
SCHEDULING ORDER: Discovery due by 6/15/2006. Dispositive Motions due by 7/15/2006. Exchange Witness List due by 2/15/2006. Status Conference set for 6/15/2006 09:30 AM in Courtroom 26A before Judge Gladys Kessler.. Signed by Judge Gladys Kessler on 12/22/05. (CS, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\ecf filings\kaplan scheduling order.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2005] [FileNumber=976639-0]
[5b8d6983356750589e93bea1566ad47c00185dc2c51d72c874eb8464d6fc68df72b7
f9581305de022d8429de41c44ad31f700a1c416396028269e02ba6ed761b]]

**1:05-cv-1419 Notice will be electronically mailed to:**

Susan E. Huhta     sue_huhta@washlaw.org, avis_buchanan@washlaw.org

Beverly Marie Russell     beverly.russell@usdoj.gov,

Jamie D. Underwood     junderwo@steptoe.com,

**1:05-cv-1419 Notice will be delivered by other means to:**

3/27/2006