IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
**DAVID N. KAPLAN,**                      )
                                          )
       **Plaintiff,**       )
                                          )
  v.                                    )   Civil Action No. 1:05CV01419 (GK/JMF)
                                          )
**CARLOS M. GUTIERREZ,**                  )
                                          )
       **Defendant.**       )
_____)

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO
CORRECT TYPOGRAPHICAL ERROR IN SCHEDULING ORDER**

Upon consideration of Plaintiff's unopposed motion to correct a typographical error in the December 22, 2005 Scheduling Order issued in the above-captioned case, it is hereby

ORDERED that Plaintiff's motion is granted.

Accordingly, the Court will amend the Scheduling Order to reflect that the date for the close of all discovery in this matter is June 15, 2006.


_____

Gladys Kessler
United States District Court Judge