IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID N. KAPLAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:05-cv-01419-GK |
| ) | |
| ) | |
| CARLOS M. GUTIERREZ, ) | |
| SECRETARY, ) | |
| DEPARTMENT OF COMMERCE, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

    Carolyn P. Weiss (D.C. Bar No. 480697) of the Washington Lawyers' Committee for Civil Rights and Urban Affairs, enters her appearance on behalf of the plaintiff, David N. Kaplan, in the above-captioned case.

Respectfully submitted,

*/s/ Carolyn P. Weiss*
Carolyn P. Weiss (D.C. Bar No. 480697)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS & URBAN AFFAIRS
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000 telephone
(202) 319-1010 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April 2006, I served via first-class a copy of this Notice of Appearance upon defense counsel:

Beverly Marie Russell
U.S. Attorney's Office
555 4th Street, N.W., 4th Floor
Washington, DC 20530

*Carolyn P. Weiss*
Carolyn P. Weiss