IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
DAVID N. KAPLAN,                         )
                                                    )
           Plaintiff,                              )
                                                    )
     v.                                             )     Civil Action No. 1:05CV01419 (GK/JMF)
                                                    )
CARLOS M. GUTIERREZ,              )     Next Scheduled Court Date:
                                                    )     06/14/06
           Defendant.                         )     (Status Conference)
_____)

## PLAINTIFF'S MOTION TO EXTEND THE SCHEDULE

Plaintiff, David N. Kaplan, respectfully moves to extend the existing schedule in the above-captioned matter by approximately 120 days.[1]  Although the parties have propounded some discovery, both Plaintiff and Defendant expressed a desire to avoid squandering significant resources on discovery while settlement appeared within reach.  Thus, the efforts of both parties have been focused on good-faith settlement negotiations.  While significant inroads have been made and settlement may still be possible, Plaintiff submits that settlement is not yet at hand, and, consequently, additional discovery is necessary.

Counsel for Plaintiff attempted to contact defense counsel of record, Ms. Beverly Russell, to obtain her position on this motion, however, Ms. Russell is out of the office for the week.  Ms. Russell has previously indicated that she would support a motion to extend the schedule, although the parties did not specifically discuss the length of any proposed extension.  Assistant United States Attorney Diane Sullivan, a colleague handling Ms. Russell's matters while she is away, has indicated that she did not believe that her office would oppose this motion.

---

[1] As reflected in the attached proposed order, Plaintiff requests an approximately 180-day extension of the deadline for the submission of written discovery requests set forth in the Amended Scheduling Order, dated March 28, 2006.

For these reasons, as well as those set forth in the attached Points and Authorities, Plaintiff requests that the existing schedule be extended.

Respectfully submitted,


_/s/ Jamie D. Underwood_____

Thomas M. Contois
DC Bar No. 464358
Jamie D. Underwood
DC Bar No. 471614
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone:     202.429.3000
Facsimile:      202.429.3902

Susan E. Huhta
DC Bar No. 453478
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, NW, Suite 400
Washington, DC  20036
Telephone:     202.319.1000
Facsimile:      202.319.1010


June 9, 2006

COUNSEL FOR PLAINTIFF
DAVID N. KAPLAN

- 3 -

**CERTIFICATE OF SERVICE**

    I hereby certify that service of the Plaintiff's Motion to Extend the Schedule was made by the Court's Electronic Case Filing System this 9th day of June 2006 to:

Beverly M. Russell
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
Civil Rights Division
555 Fourth Street, NW, Suite E-4915
Washington, DC 20530
Email: beverly.russell@usdoj.gov

/s/ Jamie D. Underwood

Jamie D. Underwood
DC Bar No. 471614
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
202.429.3000

COUNSEL FOR PLAINTIFF
DAVID N. KAPLAN