IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID N. KAPLAN,           )<br>                                          )<br>        Plaintiff,              )<br>                                          )<br>    v.                              )<br>                                          )<br>CARLOS M. GUTIERREZ,    )<br>                                          )<br>        Defendant.             )   | Civil Action No. 1:05CV01419 (GK/JMF)<br><br>Next Scheduled Court Date:<br>06/14/06<br>(Status Conference) |

**STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S MOTION TO EXTEND THE SCHEDULE**

Pursuant to Local Civil Rule 7(a), Plaintiff, David N. Kaplan, respectfully submits this Statement of Points and Authorities in support of his motion to extend the existing schedule in the above-captioned matter. As stated in the corresponding motion, counsel for Plaintiff attempted to contact defense counsel of record, Ms. Beverly Russell, to obtain her position on this request, however, Ms. Russell is out of the office for the week. Ms. Russell has previously indicated that she would support a motion to extend the schedule, although the parties did not specifically discuss the length of any proposed extension. Assistant United States Attorney Diane Sullivan, a colleague handling Ms. Russell's matters while she is away, has indicated that she did not believe that her office would oppose this motion.

**FACTUAL BACKGROUND**

The Court issued the Scheduling Order in this case on December 22, 2005,[1] and, at that time, directed the parties to meet with Magistrate Judge Facciola to see if he could mediate a resolution to the dispute. The parties have now met with Magistrate Judge Facciola several times

---

[1] An Amended Scheduling Order was issued by the Court on March 28, 2006.

- 2 -

and, with his assistance, have made substantial progress toward settlement. The parties' negotiations are continuing, and Plaintiff remains hopeful that a settlement can be reached.

In February 2006, Plaintiff served Interrogatories and Requests for Production on Defendant, and in March 2006, Defendant likewise served comparable discovery requests on Plaintiff. In April 2006, Plaintiff also served Defendant with Notices of Deposition for certain key witnesses. In addition, Plaintiff has retained a number of potential experts and has obtained draft reports from some of them.

Notwithstanding the above activities, Defendant made clear that it preferred to delay discovery for the purposes of determining whether settlement was possible and thus asked for an extension of time in which to respond to Plaintiff's requests. Plaintiff, too, asked Defendant for a similar extension, in order to avoid additional fees and costs that might undermine the possibility of settlement. Given that the parties were making substantial progress toward settlement, both parties agreed to such extensions, and to defer the depositions, so that they might focus on their settlement efforts. Accordingly, neither party has responded to the other's written discovery requests, and no depositions have been taken. Under the current Scheduling Order, discovery is set to close on June 15, 2006.

**ARGUMENT**

Plaintiff respectfully requests that the existing deadlines in the Amended Scheduling Order be extended for approximately 120 days in order to avoid any possible prejudice.[2] Promptly upon Ms. Russell's return to the office, Plaintiff hopes to be able to resume settlement discussions. The discussions are at a point at which the parties should know relatively soon

---

[2] As reflected in the attached proposed order, Plaintiff requests an approximately 180-day extension of the deadline for the submission of written discovery requests set forth in the Amended Scheduling Order.

whether a settlement will be possible.  If there is to be no settlement, Plaintiff will diligently pursue discovery.  Given that the summer vacation season is upon us – which will undoubtedly result in certain delays in scheduling depositions – Plaintiff asks the Court to allow a further 120 days for the parties to complete discovery.  Neither party has sought an extension previously, and Plaintiffs do not anticipate that any further extension will be necessary.

**CONCLUSION**

For the reasons set forth above, Plaintiff asks that the Court grant his motion to extend the schedule.

Respectfully submitted,

/s/ Jamie D. Underwood

Thomas M. Contois
DC Bar No. 464358
Jamie D. Underwood
DC Bar No. 471614
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone:     202.429.3000
Facsimile:     202.429.3902

Susan E. Huhta
DC Bar No. 453478
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, NW, Suite 400
Washington, DC  20036
Telephone:     202.319.1000
Facsimile:     202.319.1010

COUNSEL FOR PLAINTIFF
DAVID N. KAPLAN

June 9, 2006