IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID N. KAPLAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:05CV01419 (GK/JMF) |
| CARLOS M. GUTIERREZ, | ) |
| Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE SCHEDULE

Upon consideration of Plaintiff's motion to extend the existing schedule in the above-captioned matter, it is hereby

ORDERED that Plaintiff's motion is granted. It is further

ORDERED that the following deadlines contained in the Amended Scheduling Order issued by this Court on March 28, 2006 are extended by approximately 120 days:

| | |
|---|---|
| Proponent's Rule 26(a)(2) Statements | 08/01/06 |
| Opponent's Rule 26(a)(2) Statements | 09/01/06 |
| Written Discovery Requests | 09/01/06[1] |
| All Discovery Closed | 10/15/06 |
| Deadline for Dispositive Motions | 11/15/06 |

_____
Gladys Kessler
United States District Court Judge

Dated: _____

---

[1] This deadline is extended by approximately 180 days from the date in the Amended Scheduling Order.