IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID N. KAPLAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01419 (GK)(JMF) |
| ) | |
| CARLOS M. GUTIERREZ, ) | Next Scheduled Court Date:  None |
| ) | |
| Defendant. ) | |

**MOTION OF STEPTOE & JOHNSON, LLP AND
THE WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS
AND URBAN AFFAIRS FOR LEAVE TO FILE UNDER SEAL THEIR MOTION TO
WITHDRAW AS COUNSEL FOR PLAINTIFF**

Pursuant to Local Rule 5.1(j)(1), Steptoe & Johnson, LLP, and attorneys Thomas M. Contois and Jamie D. Underwood (collectively, "Steptoe"), and the Washington Lawyers' Committee for Civil Rights and Urban Affairs, and attorneys Susan E. Huhta and Carolyn P. Weiss (collectively, "the Committee"), respectfully move this Court for an order permitting them to file under seal their motion to withdraw as counsel for Plaintiff and corresponding memorandum in support thereof.  A proposed Order is attached.  Steptoe and the Committee seek to file these materials under seal in order to prevent any potential prejudice to Plaintiff in this matter.

Respectfully submitted,


/s/ Jamie D. Underwood
Thomas M. Contois
DC Bar No. 464358
Jamie D. Underwood
DC Bar No. 471614
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW

- 2 -

Washington, DC  20036
202.429.3000

Susan E. Huhta
DC Bar No. 453478
Carolyn P. Weiss
DC Bar No. 480697
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, NW, Suite 400
Washington, DC  20036
202.319.1000

July 24, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that the Motion of Steptoe & Johnson, LLP and the Washington Lawyers' Committee for Civil Rights and Urban Affairs For Leave to File Under Seal Their Motion to Withdraw as Counsel for Plaintiff was served by the Court's Electronic Case Filing System this 24th day of July 2006, on:

Ms. Beverly M. Russell
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
Civil Rights Division
555 Fourth Street, NW, Suite E-4915
Washington, DC 20530
Email: beverly.russell@usdoj.gov

and by electronic mail and first class United States mail on this 24th day of July 2006, on:

Mr. David N. Kaplan
3001 Park Center Drive
Apartment 515
Alexandria, Virginia 22302
Email: davidkaplan@aol.com


                                                /s/ Jamie D. Underwood

                                                Jamie D. Underwood
                                                DC Bar No. 471614
                                                STEPTOE & JOHNSON LLP
                                                1330 Connecticut Avenue, NW
                                                Washington, DC  20036
                                                202.429.3000