# ATTACHMENT 1

**MOTION AND CORRESPONDING MEMORANDUM OF STEPTOE & JOHNSON, LLP AND THE WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

[Attachment 1 is being held by the Clerk's Office for the United States District Court of the District of Columbia until the Court rules on whether these materials should be filed under seal.]