IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DAVID N. KAPLAN,                    )
                                    )
       Plaintiff,                  )
                                    )
  v.                                )   Civil Action No. 1:05CV01419 (GK)(JMF)
                                    )
CARLOS M. GUTIERREZ,                )
                                    )
       Defendant.                  )
_____ )

## ORDER

The motion of Steptoe & Johnson, LLP and the Washington Lawyers' Committee for Civil Rights and Urban Affairs for leave to file under seal their motion to withdraw as counsel for Plaintiff David N. Kaplan and corresponding memorandum in support thereof is hereby GRANTED.

                                                                                                      _____
                                                                              U.S. District Judge Gladys Kessler

Dated: _____