UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DAVID N. KAPLAN,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-1419 (GK-JMF) |
| | : | |
| **CARLOS M. GUTIERREZ,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Court has received the Motion of Steptoe & Johnson, LLP and The Washington Lawyers' Committee for Civil Rights and Urban Affairs to Withdraw as Counsel for Plaintiff. The Court has also received a personal e-mail from Plaintiff himself indicating his opposition to the Motion. Such *ex parte* communication was totally inappropriate, and Mr. Kaplan is hereby

**ORDERED** not to communicate directly in any way with the Court.

In view of the issues raised in the Motion, there will be an on-the-record Status Conference with Plaintiff and his present counsel, Steptoe & Johnson and The Washington Lawyers' Committee for Civil Rights and Urban Affairs, on **August 4, 2006 at 10:00 a.m.**[1] Since this is an important Status Conference, which may have a significant impact on the future of Plaintiff's case, Plaintiff may well be asked to speak on behalf of himself. The Court is well aware that Plaintiff is an intelligent and college-educated person. He, and he alone, will be allowed to speak. This is <u>his</u> case. Its resolution will affect him personally, professionally, and economically. As a competent adult,

---

[1] Given the nature of the proceeding, the Government will not be present.

he is going to have to make certain important decisions. Those decisions cannot be made by members of his family, no matter how well meaning they may be.

**WHEREFORE**, it is this 25th day of July, 2006, hereby

**ORDERED**, that a Status Conference will be held in this case on **August 4, 2006 at 10:00 a.m.**

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**