UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DAVID N. KAPLAN,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-1419 (GK) |
| | : | |
| **CARLOS GUTIERREZ**, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Plaintiff's Counsel has moved to withdraw in this case. The Court has carefully examined the Motion and has paid close attention to the very articulate presentation made by Mr Kaplan at the sealed *ex parte* hearing held on this date. The situation is an extremely distressing one. It is clear to the Court that there is no longer a relationship of trust and open communication between counsel and the Plaintiff and his family. Lawyers simply cannot function and effectively represent a client in that kind of atmosphere. It is also clear, especially given some of the specifics mentioned in Mr. Kaplan's statement, that the real reason he opposes the Motion is because of his deep fear of not being able to obtain other counsel or having to represent himself. There may be a very realistic basis for that fear. However, it cannot justify requiring counsel to continue a representation which lacks the essential elements already noted of honesty, trust, and open communication.

Perhaps, based on the statements made today, counsel and their client could make another serious effort to come together. Naturally, the Court would encourage this effort, and will give counsel and their client two weeks in which to attempt this. Consequently, it is this 4th day of August, 2006, hereby

**ORDERED**, that by **August 18, 2006,** Plaintiff's counsel should inform this Court whether they wish to proceed on their Motion or whether they are willing to renew their representation of Plaintiff. In the event that counsel and the Plaintiff are not able to renew that relationship, the Motion will be granted.

        /s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**